IN THE DISTRICT COURT OF DISTRICT COURT OF COLUMBIA
(WASHINGTON D.C.)

UNITED STATES OF AMERICA :

vs. : Citation Nos. 1:08-CR-00195-RJL-1

:

ANTONIO CONTRERAS :

## LINE OF APPEARANCE

Please enter the appearance of Greenberg, Felsen & Sargent, L.L.C., and David Felsen, on behalf of the Defendant, Antonio Contreras, in the above-referenced matter.

Respectfully submitted,

GREENBERG FELSEN & SARGENT, LLC

_____
David Felsen, Esq. Unified Bar No. 429142
Attorney for Defendant
600 Jefferson Plaza
Suite 201
Rockville, Maryland 20852
(301) 251-4010

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this ____ day July, 2008, a copy of the foregoing Line of Appearance was electronically mailed, to the Ellen Chubin Epstein at ellen.chubin@usdoj.gov, U.S. Attorney's Office for the District of Columbia, 555 Fourth Street, NW, Washington, D.C. 20530.

_____
David Felsen