AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

# United States District Court

AUG 1 3 2008

for the _____ DISTRICT OF _____ Columbia

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
v.

Antonio Contreras

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-195(RJL)

I, _Antonio Contretras_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _August 13, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Antonio contreras_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer