UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.    (RJL) |
| | : | 08-195 |
| v. | : | |
| | : | **FILED** |
| ANTONIO G. CONTRERAS, | : | AUG 1 3 2008 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

### STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, defendant **ANTONIO G. CONTRERAS** ("**CONTRERAS**") and the United States agree and stipulate as follows:

1.  Foreign nationals are eligible to obtain District of Columbia driver's licenses if they have proof that they are legally present in the U.S. and can continue to stay in the U.S. for at least another six months. A foreign national must also present proof of his name, date of birth, social security number, and District of Columbia residency. The District of Columbia Department of Motor Vehicles ("DMV") has specifically limited the types of documentation it will accept. For example, original birth certificates, unexpired passports, or resident alien cards can prove an individual's identity (i.e., name and date of birth). In addition to tendering the required documentation, a foreign national must complete and sign a driver's license application, certifying that the information contained therein is correct and accurate. The DMV employee processing the application is required to identify on the application the type of documentation that was presented by the applicant.

2.  Applicants for driver's licenses must pass the following three tests: vision screening, knowledge and street sign recognition, and "skills road." Applicants who possess a

1

valid driver's license from another state, however, are only required to pass the vision screening test. Applicants who possess a valid driver's license from a foreign jurisdiction need not take the road test, but must successfully pass the vision screening and knowledge and street sign recognition tests.

  3. Defendant **CONTRERAS** had been unable to obtain a valid driver's license from the District of Columbia, the jurisdiction where he resides, because he had failed the test administered by the DMV in approximately 2002. On or about July 19, 2007, defendant **CONTRERAS** learned from Gloria Gonzalez Paz ("Gonzalez Paz"), a friend of a customer of his wife's hair salon, that for $1,000 he could obtain a D.C. driver's license from the DMV if he had a photo identification. Defendant **CONTRERAS** and Gonzalez Paz arranged to meet the next day.

  4. The following day, on July 20, 2007, defendant **CONTRERAS** met Gonzalez Paz at the corner of 14th Street and Park Road, N.W., in the District of Columbia, with the intention of purchasing a fraudulent D.C. driver's permit, an item of value that authorizes an individual to drive and serves as a photographic identification card. Gonzalez Paz drove defendant **CONTRERAS**, as well as three other men, to the Georgetown DMV branch in a light-colored van.

  5. While inside Gonzalez Paz's van, defendant **CONTRERAS** paid Gonzalez Paz $1,000 in U.S. currency. Gonzalez Paz, defendant **CONTRERAS**, and the three other men then exited the van and walked into the Georgetown Park Mall on the lower level. Gonzalez Paz showed defendant **CONTRERAS** and the three other men the entrance to the DMV and the female DMV employee whom they should approach.

6. Defendant **CONTRERAS** and the three other men entered the DMV together, but defendant **CONTRERAS** then exited the DMV and sat in the mall, while the three other men approached the female DMV employee one by one. After sitting in the mall for approximately thirty minutes, defendant **CONTRERAS** observed that the female DMV employee was free and re-entered the DMV. After sitting briefly inside the DMV, he approached the window where the female DMV employee was sitting and told her that a lady had sent him. Defendant **CONTRERAS** gave the female DMV employee his D.C. identification card, which bore his home address in the District of Columbia and his Social Security number. Defendant **CONTRERAS** did not complete an application, provide verification of D.C. residency or legal presence in the U.S., or take the vision, knowledge, and road skills tests. After defendant **CONTRERAS** paid the $39 fee with his debit card, the female DMV employee directed defendant **CONTRERAS** to another employee who asked him if he wanted to have his photograph taken or use his previous photograph from his identification card. Defendant **CONTRERAS** chose to use his previous photograph, and, shortly thereafter, defendant **CONTRERAS** was given a facially valid D.C. driver's license with an expiration date of July 13, 2011.

*(signature)*
**ANTONIO G. CONTRERAS**
Defendant