U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

**FILED**

AUG 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

UNITED STATES OF AMERICA      :

v.                            :

ANTONIO G. CONTRERAS          :     Case No. 08-195 (AK)

                              :

                              :

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __13th__ day of __August 2008__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __A date convenient to both parties__ by __FBI SA Sean Ryan__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __FBI SA Sean Ryan__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (~~U.S. Magistrate~~) Alan Kay

Court
~~DEFENSE COUNSEL~~

DOJ USA-16-1-80