UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          )
                v.          )
                      )          CR. No. 2008-195 (RJL) (AK)
ANTONIO G. CONTRERAS,          )
           Defendant.          )
                      )

## REPORT AND RECOMMENDATION

This matter was referred to a United States Magistrate Judge by the Honorable Richard J. Leon for the acceptance of a plea to Count Two of a two-count Criminal Information, alleging a violation of Title 22, D.C. Code §§3221(b), 3222(b)(2), charging the Defendant with Fraud in the Second Degree.

### Hearing on Plea

The Defendant, Antonio Contreras, came before the Court on August 13, 2008, represented by counsel, David Felsen. The Government was represented by Assistant United States Attorney Susan Menzer. For the record, Defendant, Defendant's counsel and Government counsel consented to proceed before the undersigned United States Magistrate Judge, for the purpose of conducting the plea colloquy and accepting the plea. The Court placed Mr. Contreras under oath and ascertained that he was competent to enter a plea to Count Two of the two-count Criminal Information, and the Court then proceeded to explain the nature of the charges to which the plea was being offered.

The Court followed Rule 11 of the Federal Rules of Criminal Procedure, advising the Defendant of the maximum possible penalty provided by law and ascertaining his awareness of the Sentencing Guidelines and the fact that such Guidelines are no longer mandatory, but should

-1-

be considered by the sentencing court. The Defendant acknowledged that he wished to waive his

right to a jury trial before a United States District Court Judge and that by entering a plea of

guilty, which, if accepted by the District Court, would waive his right to appeal a judgment of

guilt. The Defendant indicated that the terms and conditions contained in the plea agreement,

which was filed and made part of the record in this case, accurately reflected the agreement

between himself, his counsel, and the United States and that no other promises, other than what

was contained in the plea agreement, had been made to him in order to secure his plea of guilty in

this case. Defendant acknowledged that he committed fraud.

The Court found, after advising the Defendant, Mr. Contreras, of his rights, Defendant's

plea of guilty to Count Two of the two-count Criminal Information was voluntarily and

knowingly made and that his admissions of guilt encompassed each of the elements of the

offense charged in Count Two of the two-count Criminal Information.

<u>Recommendation</u>

_____The undersigned recommends that the trial court accept Mr. Contreras's plea of guilty

based upon this Court's finding that such plea was knowingly and voluntarily made by Mr.

Contreras, who was found to be competent and that he fully understood the nature and the

consequences of entering such a plea. Following the entry of the guilty plea, the Court directed

that the Defendant be placed on a personal recognizance bond. Defendant was referred to the

Probation Office for a Pre-Sentence Investigation Report. Counsel must contact the chambers of

the Honorable Richard Leon to obtain a sentencing date.

August 14, 2008                          _____/s/_____
                                         ALAN KAY
                                         UNITED STATES MAGISTRATE JUDGE